UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOO HWANG KIM,

        Plaintiff,

v.

AMERICAN CAMPUS COMMUNITIES, et al.,

        Defendants.
_____/

Case No.  14-13648

HONORABLE ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE

HONORABLE DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

### ORDER TRANSFERRING CASE TO WESTERN DISTRICT OF MICHIGAN

Before the Court is Plaintiff's Complaint [1] and Application to Proceed *in Forma Pauperis* [2]. For the reasons that follow, the case is transferred to the Western District of Michigan.

Venue is proper in the judicial district where either defendants reside or where the claim arose. *Al-Muhaymin v. Jones*, 895 F.2d 1147, 1148 (6th Cir. 1990); 28 U.S.C. § 1391(b). If a Plaintiff files a case in the wrong district, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). A district court may transfer a case *sua sponte*. *Carver v. Knox County, Tenn.*, 887 F.2d 1287, 1291 (6th Cir. 1989).

The only named Defendant in this action is a Texas corporation.  The events that gave rise to Plaintiff's claim occurred in the Western District of Michigan. Accordingly, the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that this case is **TRANSFERRED** to the Western District of Michigan.

**SO ORDERED.**

                                              s/Arthur J. Tarnow
                                              ARTHUR J. TARNOW
                                              SENIOR U.S. DISTRICT JUDGE

Dated: October 7, 2014

_____

## CERTIFICATE OF SERVICE

I hereby certify on October 7, 2014 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on October 7, 2014: **Joo Hwang Kim.**

                                              s/Michael E. Lang
                                              Case Manager to
                                              District Judge Arthur J. Tarnow
                                              (313) 234-5182